No. 436. CAHILL v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD Co. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed.* MR. JUSTICE REED believes certiorari should have been denied and dissents from the judgment of reversal. MR. JUSTICE

---

*Amended May 14, 1956. 351 U. S. 183.

FRANKFURTER, MR. JUSTICE BURTON and MR. JUSTICE HARLAN are of the opinion that the petition for writ of certiorari should have been denied. *Randolph J. Seifert* and *William A. Blank* for petitioner. *Robert M. Peet* for respondent.